```
2000090700141 9
OLD REPUBLIC T QCD         9 00
PAGE 001 OF 002
09/07/2000 15:51
KING COUNTY, WA
```

AFTER RECORDING MAIL TO

Name Fred A Crosetto

Address 5025 Ripley Lane N

City, State, Zip Renton, WA 98056

```
E1775230
09/07/2000 15:29
KING COUNTY, WA
TAX            $2 00
SALE           $0 00
                          PAGE 001 OF 002
```

## Quit Claim Deed

THE GRANTOR JOY THOMAS, WIFE OF GRANTEE for and in consideration of ESTABLISH A SOLE AND SEPARATE ESTATE conveys, and quit claims to FRED A. CROSETTO, A MARRIED MAN, AS HIS SEPARATE ESTATE the following described real estate, situated in the County of King, State of Washington, together with all after acquired title of the grantor(s) therein

SEE ATTACHED RIDER MARKED "EXHIBIT A" HERETO AND WHICH BY THIS REFERENCE IS HEREBY MADE A PART HEREOF

OLD REPUBLIC TITLE, LTD 216 383
                        945

Assessor's Property Tax Parcel Account Number(s)
334330-2880-05
Dated September 7, 2000

_____
JOY THOMAS                9/7/00

_____

STATE OF WASHINGTON } ss
COUNTY OF KING

I certify that I know or have satisfactory evidence that JOY THOMAS is the person who appeared before me, and said person acknowledged that SHE signed this instrument and acknowledged it to be HER free and voluntary act for the uses and purposes mentioned in this instrument.

Dated 9/7/00

_____
Notary Public in and for the State of Washington
Residing at Bellevue, WA
My appointment expires May 12, 2003

Vision Form SDO05WA Rev 10/30/96                                    LPB-12

EXHIBIT "A"

That portion of Government Lot(s) 3 and 4, Section 29, Township 24 North, Range 5 East, W.M., in King County, Washington, and shorelands of the second class as conveyed by the State of Washington, and Block D, C D HILLMANS' LAKE WASHINGTON GARDEN OF EDEN ADDITION TO THE CITY OF SEATTLE, DIVISION NO 3, according to the plat thereof recorded in Volume 11 of Plats, page(s) 81, records of King County, Washington, described as follows

Beginning on the Easterly line of said Government Lot 4 at a point 156 feet Southerly on the Northeast corner of said Government Lot 4 (said Northeast corner being marked by an iron pipe 920 feet, more or less, North of the Southeast corner of said Government Lot 4),
THENCE South 58°20'00" East 56 40 feet, more or less, to the Westerly line of the Northern Pacific Railway Company Right-of-Way,
THENCE Northerly along said Westerly line 47 feet,
THENCE North 49°48'00" West 433 81 feet,
THENCE North 58°28'00" West 181 02 feet, more or less, to the inner harbor line of Lake Washington,
THENCE South 44°20'00" West along said inner harbor line 113 78 feet, more or less, to a point from which the Point of Beginning bears South 58°20'00" East,
THENCE South 58°20'00" East 584 47 feet, more or less, to the Point of Beginning,
EXCEPT beginning 156 feet Southerly of the Northeast corner of Government Lot 4,
THENCE South 58°20' East 56 40 feet, more or less, to the Westerly line of the Northern Pacific Railway Right-of-Way,
THENCE Northerly along said Right-of-Way 1 8 feet,
THENCE North 58°20' West 640 87 feet, more or less, to the inner harbor line,
THENCE South 44°20' West to a point from which the Point of Beginning bears South 58°20' East,
THENCE South 58°20' East 563 feet, more or less, to the True Point of Beginning,
AND EXCEPT that portion lying Southwesterly of the following described mutual boundary line as recorded under King County Recording No 6502051,
Beginning at the South quarter corner of said Section 29, Township 24 North, Range 5 East W M, in King County, Washington,
THENCE North 0°09'22" West 2,077 48 feet along the North South centerline of said Section 29 to a point A distant South 0°09'22" East 3,254 73 feet from an iron pipe called the North quarter corner of said Section 29, said Point A being also North 58°20' West 64 31 feet from the Westerly margin of the Northern Pacific Railroad Right-of-Way,
THENCE South 58°20 East 64 31 feet to said Westerly margin and the True Point of Beginning of said Boundary line,
THENCE North 58°20' West along said Boundary line 642 32 feet to the inner harbor line of Lake Washington and the terminus of said Line

SITUATE in the County of King, State of Washington



# King County

Search Kingcounty.gov

Home | How do I... | Services | About King County | Departments

## King County Department of Assessments
Fair, Equitable, and Understandable Property Valuations

You're in: Assessments >> Online Services >> eReal Property

- Home
- Quick answers
- Property assessments
- Taxpayer assistance
- Online services
- Reports, data
- Forms
- News room
- Contact us
- About us
- Site map

Department of Assessments
500 Fourth Avenue,
Suite ADM-AS-0708,
Seattle, WA 98104

Office Hours:
Mon - Fri
8:30 a.m. to 4:30 p.m.

TEL: 206-296-7300
FAX: 206-296-5107
TTY: 206-296-7888

Send us mail

New Search | Property Tax Bill | Map This Property | Glossary of Terms | Area Report | Property Detail

### PARCEL

| | |
|---|---|
| Parcel Number | 334330-2880 |
| Name | CROSETTO FRED A |
| Site Address | 5025 RIPLEY LN N |
| Legal | HILLMANS LK WN GARDEN OF EDEN # 3 POR BLK D & OF G L 3-4 OF SEC 28-24-05 & SH LDS ADJ WITHIN FOLG DESC - BEG 156 FT S OF NE COR SD GL 4 TH S 58-20 E 56.40 FT M/L TO WLY LN OF NP R/W TH NLY ALG R/W 1.8 FT TO TPOB TH NLY ALG R/W 45.2 FT TH N 49-48-00 W 433.81 FT TH N 58-20-00 W 181.02 FT M/L TO INNER HBR LN TH SLY ALG SD LN TO PT N 58-20-00 W OF BEG TH S 58-20-00 E TO BEG |

### BUILDING 1

| | |
|---|---|
| Year Built | 2011 |
| Total Square Footage | 5840 |
| Number Of Bedrooms | 7 |
| Number Of Baths | 4.00 |
| Grade | 12 Luxury |
| Condition | Average |
| Lot Size | 55556 |
| Views | Y |
| Waterfront | LAKE WASH |



### TOTAL LEVY RATE DISTRIBUTION

Tax Year: 2014   Levy Code: 2151   Total Levy Rate: $14.25053   Total Senior Rate: $8.78732

School, 6.40495, 37.91%
Hospital, 0.50000, 3.51%
Library, 0.50000, 3.51%
EMS, 0.03550, 0.25%
Parks, 0.15369, 1.08%
Ferry, 0.00349, 0.02%
State School Fund, 2.47044, 17.34%
County, 1.51605, 10.64%
Port, 0.21503, 1.51%
City, 3.15169, 22.12%

38.34% Voter Approved

Click here to see levy distribution comparison by year.

### TAX ROLL HISTORY

| Valued Year | Tax Year | Appraised Land Value ($) | Appraised Imps Value ($) | Appraised Total ($) | Taxable Land Value ($) | Taxable Imps Value ($) | Taxable Total ($) |
|---|---|---|---|---|---|---|---|
| 2014 | 2015 | 1,117,000 | 2,875,000 | 3,992,000 | 1,117,000 | 2,875,000 | 3,992,000 |
| 2013 | 2014 | 1,016,000 | 2,520,000 | 3,536,000 | 1,016,000 | 2,520,000 | 3,536,000 |
| 2012 | 2013 | 1,034,000 | 1,876,000 | 2,910,000 | 1,034,000 | 1,876,000 | 2,910,000 |
| 2011 | 2012 | 1,004,000 | 1,809,000 | 2,813,000 | 1,004,000 | 1,809,000 | 2,813,000 |
| 2010 | 2011 | 1,161,000 | 5,000 | 1,166,000 | 1,161,000 | 5,000 | 1,166,000 |
| 2009 | 2010 | 1,161,000 | 554,000 | 1,715,000 | 1,161,000 | 554,000 | 1,715,000 |
| 2008 | 2009 | 1,366,000 | 662,000 | 2,028,000 | 1,366,000 | 662,000 | 2,028,000 |
| 2007 | 2008 | 1,265,000 | 613,000 | 1,878,000 | 1,265,000 | 613,000 | 1,878,000 |
| 2006 | 2007 | 787,000 | 613,000 | 1,400,000 | 787,000 | 604,000 | 1,391,000 |
| 2005 | 2006 | 743,000 | 579,000 | 1,322,000 | 743,000 | 570,000 | 1,313,000 |
| 2004 | 2005 | 0 | 0 | 0 | 630,000 | 475,000 | 1,105,000 |
| 2003 | 2004 | 650,000 | 490,000 | 1,140,000 | 650,000 | 490,000 | 1,140,000 |
| 2002 | 2003 | 650,000 | 490,000 | 1,140,000 | 650,000 | 490,000 | 1,140,000 |
| 2001 | 2002 | 608,000 | 444,000 | 1,052,000 | 608,000 | 444,000 | 1,052,000 |
| 2000 | 2001 | 593,000 | 371,000 | 964,000 | 593,000 | 371,000 | 964,000 |

**Reference Links:**
- King County Taxing Districts Codes and Levies (.PDF)
- King County Tax Links
- Property Tax Advisor
- Washington State Department of Revenue (External link)
- Washington State Board of Tax Appeals (External link)
- Board of Appeals/Equalization
- Districts Report
- iMap
- Recorder's Office
- Scanned images of surveys and other map documents
- Scanned images of plats

Notice mailing date: 05/29/2014



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1999 | 2000 | 525,000 | 259,000 | 784,000 | 525,000 | 259,000 | 784,000 |
| 1998 | 1999 | 473,000 | 234,000 | 707,000 | 473,000 | 234,000 | 707,000 |
| 1997 | 1998 | 0 | 0 | 0 | 460,000 | 234,000 | 694,000 |
| 1996 | 1997 | 0 | 0 | 0 | 533,000 | 252,100 | 785,100 |
| 1995 | 1996 | 0 | 0 | 0 | 533,000 | 252,100 | 785,100 |
| 1994 | 1995 | 0 | 0 | 0 | 533,000 | 245,300 | 778,300 |
| 1992 | 1993 | 0 | 0 | 0 | 536,900 | 264,800 | 801,700 |
| 1990 | 1991 | 0 | 0 | 0 | 501,800 | 154,800 | 656,600 |
| 1988 | 1989 | 0 | 0 | 0 | 331,000 | 122,500 | 453,500 |
| 1986 | 1987 | 0 | 0 | 0 | 456,300 | 91,900 | 548,200 |
| 1985 | 1986 | 0 | 0 | 0 | 431,200 | 106,900 | 538,100 |
| 1984 | 1985 | 0 | 0 | 0 | 431,200 | 44,700 | 475,900 |
| 1982 | 1983 | 0 | 0 | 0 | 380,000 | 44,700 | 424,700 |

Updated: Dec. 4, 2013

Share   Tweet   Email

### Information for...
- Healthcare enrollment
- Residents
- Businesses
- Job seekers
- Volunteers
- King County employees

### Do more online
- Trip Planner
- Property tax information & payment
- Jail inmate look up
- Parcel viewer or iMap
- Public records
- More online tools...

### Contact us
- 206-296-0100
- Email us
- Staff directory
- Customer service
- Report a problem
- Subscribe to alerts

Stay connected! View King County social media

King County

© King County 2014  Privacy  Accessibility  Terms of use

Information for...
Do more online
Contact us







| 334330288005 | 1932 | 1983 | 2151 | 0 | 0 | 0 | 0 | 380,000 | 44,700 | 424,700 | |

### SALES HISTORY

| Excise Number | Recording Number | Document Date | Sale Price | Seller Name | Buyer Name | Instrument | Sale Reason |
|---|---|---|---|---|---|---|---|
| 1775230 | 20000907001419 | 9/7/2000 | $0.00 | THOMAS JOY | CROSETTO FRED A | Quit Claim Deed | Property Settlement |
| 1588338 | 199803121333 | 3/10/1998 | $840,000.00 | MUDD REX J+JOAN E | CROSETTO FRED A | Statutory Warranty Deed | None |

### REVIEW HISTORY

| Tax Year | Review Number | Review Type | Appealed Value | Hearing Date | Settlement Value | Decision | Status |
|---|---|---|---|---|---|---|---|
| 2014 | 87148 | State Appeal | $3,536,000 | 1/1/1900 | $0 | | Active |
| 2014 | 1302051 | Local Appeal | $3,536,000 | 5/15/2014 | $3,536,000 | SUSTAIN | Completed |

### PERMIT HISTORY

| Permit Number | Permit Description | Type | Issue Date | Permit Value | Permit Status | Issuing Jurisdiction | Reviewed Date |
|---|---|---|---|---|---|---|---|
| B100125 | remodel and add 3577 new sq ft to sfr | Remodel | 5/21/2010 | $581,220 | Complete | RENTON | 8/18/2011 |
| B040048 | SFR garage conversion & addition | Remodel | 3/2/2004 | $26,000 | Complete | RENTON | 9/1/2004 |

### HOME IMPROVEMENT EXEMPTION

| Exempt Number | Building Number | Received Date | Estimated Cost | Estimated Completion Date | Begin Year | End Year | Amount | Permit Jurisdiction |
|---|---|---|---|---|---|---|---|---|
| 25036 | 0 | 5/3/2004 | $38,000 | 5/15/2004 | 2005 | 2007 | 59,000 | RENTON |

Updated: Dec. 4, 2013

### Information for...
Healthcare enrollment
Residents
Businesses
Job seekers
Volunteers
King County employees

### Do more online
Trip Planner
Property tax information & payment
Jail inmate look up
Parcel viewer on iMap
Public records
More online tools

### Contact us
206-296-0100
Email us
Staff directory
Customer service
Report a problem
Subscribe to alerts

Stay connected! View King County social media

King County

© King County 2014  Privacy  Accessibility  Terms of use

Information for...
Do more online
Contact us