## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHARON M. SMITH, *et al* | |
| Plaintiffs, | Case No. 14-387-TCW |
| vs. | The Honorable Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | *Electronically filed February 24, 2015* |
| Defendant. | |

### PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT TO SUBSTITUTE PARTIES

Pursuant to Rule 15, Plaintiffs file their unopposed Motion to substitute parties. Specifically, Plaintiffs will substitute Carillon Height Investors LLP for Villas of Carillon and Harold and Judy Larsen for McCorrys on the Slough. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed their original Complaint on May 6, 2014 (D.E. 1), and filed their First Amended Complaint on October 16, 2014 (D.E. 9).

2. During the discovery phase, it was discovered that the Villas of Carillon property is actually titled as Carillon Height Investors LLP. Therefore, Carillon Height Investors LLP is the real party in interest.

3. Additionally, during the discovery phase, it was discovered that Plaintiff McCorrys on the Slough is owned by Harold and Judy Larsen and that the Larsens' property is titled in their names and not McCorrys on the Slough. Therefore, Harold and Judy Larsen are the real parties in interest.

4. Here, the Villas of Carillon and Harold and Judy Larsen timely signed a contingency fee agreement and joined this lawsuit. The Villas of Carillon are owned by Carillon Height Investors LLP and the Larsens own McCorrys on the Slough. Therefore, allowing

Carillon Height Investors LLP and Harold and Judy Larsen to be added would be a just result, because they are the true fee owners and the proper persons that are entitled to just compensation under the Fifth Amendment.

5. Plaintiffs' counsel has conferred with counsel for the United States and counsel for the United States does not oppose this motion.

6. WHEREFORE, Plaintiffs respectfully request that this Court allow Plaintiffs to amend their Complaint to reflect that Carillon Height Investors LLP and Harold and Judy Larsen are the real parties in interest.

Respectfully submitted, this 24th day of February, 2015.

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ *Elizabeth McCulley*
Thomas S. Stewart
Elizabeth McCulley
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (facsimile)
stewart@bscr-law.com
mcculley@bscr-law.com

Steven M. Wald
J. Robert Sears
1010 Market Street, Suite 950
St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
wald@bscr-law.com
sears@bscr-law.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 24th day of February, 2015, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this same day, to:

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
E-mail: bruce.trauben@usdoj.gov
**ATTORNEY FOR DEFENDANT**

                                        */s/ Elizabeth McCulley*
                                  ATTORNEY FOR PLAINTIFFS