# In the United States Court of Federal Claims

No. 14-387L

(Filed: February 25, 2015)

```
*************************************
                                    *
SMITH, et al.,                      *
                                    *
                Plaintiffs,         *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

ORDER

On February 24, 2015, counsel for Plaintiff filed an unopposed motion to amend the Complaint in this case in order to substitute two parties. For good cause shown, the motion is GRANTED. The Complaint shall be amended to substitute Carillon Heights Investors LLP as Plaintiffs in place of Villas of Carillon, and Harold and Judy Larsen as Plaintiffs in place of McCorrys on the Slough.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge