## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHARON M. SMITH, et al., ) | |
| ) | No. 14-cv-387L |
| Plaintiffs, ) | Judge Thomas C. Wheeler |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE ESSEX JMS ACQUISITION L.P. FOR THE MORELLI FAMILY LLC

Plaintiffs file their unopposed Motion to substitute Essex JMS Acquisition, L.P. as a party to this action for The Morelli Family LLC and in support of their motion state as follows:

1. After a review of the deeds, it was recently discovered that Essex JMS Acquisition, L.P. was the true fee owner for parcel numbers 2025059160 and 2025059033 as of November 28, 2008 instead of the Morelli Family LLC.

2. Plaintiffs' counsel has conferred with counsel for the United States and counsel for the United States does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion to substitute Essex JMS Acquisition L.P. as a plaintiff replacing The Morrelli Family LLC.

Respectfully submitted,

STEWART, WALD, & MCCULLEY, L.L.C.

/s/ *Elizabeth G. McCulley*
Thomas S. Stewart
Elizabeth McCulley
9200 Ward Parkway, Suite 550
Kansas City, MO 64114
(816) 303-1500
(816) 527-8068 (facsimile)

1


2

stewart@swm.legal
mcculley@swm.legal

Steven M. Wald
Michael Smith
100 N. Broadway, Suite 1580
St. Louis, MO 63102-1708
(314) 720-6190
(314) 899-2925 (facsimile)
wald@swm.legal
smith@swm.legal

and

J. Robert Sears
1010 Market Street, Suite 950
St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
sears@bscr-law.com
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 20th day of May, 2015, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this same day, to:

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
E-mail: bruce.trauben@usdoj.gov
**ATTORNEY FOR DEFENDANT**

                                        */s/ Elizabeth G. McCulley*
                                        ATTORNEY FOR PLAINTIFFS