# In the United States Court of Federal Claims

No. 14-387L

(Filed: May 21, 2015)

```
*************************************
                                    *
SMITH, et al.,                      *
                                    *
                  Plaintiffs,       *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
*************************************
```

ORDER

On May 20, 2015, counsel for Plaintiff filed an unopposed motion to substitute Essex JMS Acquisition, L.P. as a party to this action, taking the place of the Morelli Family LLC. For good cause shown, the motion is GRANTED. The Complaint shall be amended to substitute Essex JMS Acquisition, L.P. as Plaintiff in place of the Morelli Family LLC.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge