IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHARON M. SMITH, et al., <br><br>                      **Plaintiffs,**<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>                      **Defendant.** | Case No. 14-387L<br>Honorable Thomas C. Wheeler |

## JOINT STATUS REPORT

Pursuant to the Court's Order filed May 19, 2015 (ECF No. 24), the parties submit this Joint Status Report, stating as follows:

After exchanging expert appraisal reports on April 28, 2015, Counsel for the parties met in Seattle on May 19 and May 20, 2015, to discuss settlement. As a result of those discussions, the parties reached a conditional settlement agreement on compensation, including interest. That agreement is conditional upon approval by the Surface Transportation Board and the United States Attorney General, or his authorized designee within the U.S. Department of Justice. The parties intend to negotiate a settlement of attorneys' fees and costs, with the following goals.

By June 30, 2015, Plaintiffs' counsel intend to submit a statement of their fees and costs, including supporting documents for review by counsel for the United States. Counsel for the United States intend to respond to that submission within approximately 30 days, by July 31, 2015. Plaintiffs intend to respond to the United States by August 15, 2015.

The parties propose that they submit their next Joint Status Report by Tuesday, September 1, 2015, informing the Court of their progress toward a final resolution of all issues.

Because the parties have reached a conditional agreement resolving compensation, including interest, the parties request that the Court remove from its calendar the two-week trial

set to begin on July 27, 2015, in Seattle, and all pretrial deadlines set out in the Court's December 12, 2014 Pretrial Order (ECF No. 17).

Respectfully submitted,

| STEWART WALD & McCULLEY LLC | JOHN C. CRUDEN<br>Assistant Attorney General |
|---|---|
| s/ *Elizabeth G. McCulley by BKT w/perm.*<br>Thomas S. Stewart<br>Elizabeth G. McCulley<br>9200 Ward Parkway, Suite 550<br>Kansas City, MO  64114<br>Tel: (816) 471-2121<br>Fax: (816) 472-0288<br>Stewart@swm.legal<br>McCulley@swm.legal | s/ *Bruce K. Trauben*<br>BRUCE K. TRAUBEN<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C.  20044-7611<br>Tel: (202) 305-0238<br>Fax: (202) 305-0506 |
| BAKER STERCHI COWDEN & RICE, LLC | Bruce.Trauben@usdoj.gov |
| J. Robert Sears<br>1010 Market Street, Suite 950<br>St. Louis, MO  63101<br>Tel: (314) 231-2925<br>Fax: (314) 231-4857<br>Sears@bscr-law.com | RACHEL K. ROBERTS<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>7600 Sand Point Way NE<br>Seattle, WA 98115<br>Tel: (206) 526-6881<br>Fax: (206) 526-6665<br>Rachel.Roberts@usdoj.gov |
| ATTORNEYS FOR THE PLAINTIFFS | ATTORNEYS FOR THE UNITED STATES |

Dated:  May 27, 2015