## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SHARON M. SMITH, et al.,

                **Plaintiffs,**

vs.

THE UNITED STATES OF AMERICA,

                **Defendant.**

Case No. 14-387L
Honorable Thomas C. Wheeler

### JOINT STATUS REPORT

Pursuant to the Court's Order filed May 28, 2015 (ECF No. 28), directing the parties to submit a Joint Status Report by September 1, 2015, "indicating progress towards final resolution of this matter," the parties state as follows:

Previously, the parties reported that they had reached an agreement on compensation, including interest, subject to the approval of the Surface Transportation Board and the United States Attorney General, or his authorized designee within the U.S. Department of Justice. *See* Joint Status Report, filed May 27, 2015 (ECF No. 27). The parties also reported that they intended to negotiate a settlement of attorneys' fees and costs.

The parties are pleased to report that they have reached an agreement on all issues, including compensation, attorneys' fees and costs, subject to the approval of both the Surface Transportation Board and the Department of Justice. Currently, trial counsel for the United States are working toward obtaining those approvals.

The parties propose that they submit their next Joint Status Report by Tuesday, December 1, 2015, informing the Court of their progress toward bringing this matter to a close.

//

//

Respectfully submitted,

| STEWART WALD & McCULLEY LLC | JOHN C. CRUDEN |
| --- | --- |
| | Assistant Attorney General |

| s/ *Thomas S. Stewart by BKT w/perm.* | s/ *Bruce K. Trauben* |
| --- | --- |
| Thomas S. Stewart | BRUCE K. TRAUBEN |
| Elizabeth G. McCulley | Trial Attorney |
| 9200 Ward Parkway, Suite 550 | U.S. Department of Justice |
| Kansas City, MO 64114 | Environment and Natural Resources Division |
| Tel: (816) 471-2121 | Natural Resources Section |
| Fax: (816) 472-0288 | P.O. Box 7611 |
| Stewart@swm.legal | Washington, D.C. 20044-7611 |
| McCulley@swm.legal | Tel: (202) 305-0238 |
| | Fax: (202) 305-0506 |
| Steven M. Wald | Bruce.Trauben@usdoj.gov |
| 100 N. Broadway, Suite 1580 | |
| St. Louis, MO 63102 | RACHEL K. ROBERTS |
| Tel: (314) 720-6190 | Trial Attorney |
| Fax: (314) 899-2925 | U.S. Department of Justice |
| Wald@swm.legal | Environment and Natural Resources Division |
| | Natural Resources Section |
| BAKER STERCHI COWDEN & RICE, LLC | 7600 Sand Point Way NE |
| | Seattle, WA 98115 |
| J. Robert Sears | Tel: (206) 526-6881 |
| 1010 Market Street, Suite 950 | Fax: (206) 526-6665 |
| St. Louis, MO 63101 | Rachel.Roberts@usdoj.gov |
| Tel: (314) 231-2925 | |
| Fax: (314) 231-4857 | ATTORNEYS FOR THE UNITED STATES |
| Sears@bscr-law.com | |
| ATTORNEYS FOR THE PLAINTIFFS | |

Dated: September 1, 2015