# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHARON M. SMITH, et al., | |
| Plaintiffs, | |
| vs. | Case No. 14-387L |
| THE UNITED STATES OF AMERICA, | Honorable Thomas C. Wheeler |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order filed March 23, 2016 (ECF No. 45), directing the parties to submit a Joint Status Report by April 1, 2016, "indicating progress towards bringing this matter to a close," the parties state as follows:

The parties previously reported that the conditional settlement reached among counsel had been approved by the Surface Transportation Board and the Assistant Attorney General for the Environment and Natural Resources Division, yet remained subject to approval by the Acting Associate Attorney General.  *See* Joint Status Report, filed March 22, 2016 (ECF No. 44).

The parties are pleased to report that the settlement has now been approved by the Acting Associate Attorney General.  The parties anticipate executing the Agreement and submitting, during the week of April 4, 2016, the necessary forms to the Treasury Department to process payment.

The parties propose that they submit their next Joint Status Report in six weeks, or no later than Friday, May 13, 2016, informing the Court of the status of payment.

Respectfully submitted,

| | |
|---|---|
| STEWART WALD & McCULLEY LLC | JOHN C. CRUDEN |
| | Assistant Attorney General |
| | |
| s/ *Thomas S. Stewart (by bkt w/perm.)* | s/ *Bruce K Trauben* |
| Thomas S. Stewart | Bruce K. Trauben |

| | |
|---|---|
| Elizabeth G. McCulley<br>2100 Central, Suite 22<br>Kansas City, MO  64108<br>Tel.: (816) 303-1500<br>Fax: (816) 527-8068<br>Stewart@swm.legal<br>McCulley@swm.legal<br><br>Steven M. Wald<br>12747 Olive Blvd., Suite 280<br>St. Louis, MO 63141<br>Tel: (314) 720-0220<br>Fax: (314) 899-2925<br>Wald@swm.legal<br><br>BAKER STERCHI COWDEN & RICE, LLC<br><br>J. Robert Sears<br>1010 Market Street, Suite 950<br>St. Louis, MO  63101<br>Tel: (314) 231-2925<br>Fax: (314) 231-4857<br>Sears@bscr-law.com<br><br>ATTORNEYS FOR THE PLAINTIFFS | Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C.  20044-7611<br>Tel.: (202) 305-0238<br>Fax: (202) 305-0506<br>Bruce.Trauben@usdoj.gov<br><br>Rachel K. Roberts<br>Trial Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>7600 Sand Point Way NE<br>Seattle, WA 98115<br>Tel.: (206) 526-6881<br>Fax: (206) 526-6665<br>Rachel.Roberts@usdoj.gov<br><br>ATTORNEYS FOR THE UNITED STATES |

Dated:  April 1, 2016