# In the United States Court of Federal Claims

No. 14-387L

(Filed: April 4, 2016)

```
*************************************
                                    *
SMITH, et al.,                      *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

ORDER

    On April 1, 2016, counsel for all parties filed a Joint Status Report describing their progress towards final resolution of this matter.  They report that the Acting Associate Attorney General has now approved their settlement agreement, which they expect to soon be executed.

    The parties shall file a Joint Status Report on or before May 13, 2016, indicating status of payment and thus progress towards bringing this matter to a close.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge