## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHARON M. SMITH, et al._____Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>_____Defendant. | ) No. 14-cv-387L<br>) Judge Thomas C. Wheeler<br>)<br>) *Electronically filed May 9, 2016* |

### PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) and the parties Joint Settlement Agreement, the Plaintiffs respectfully submit their Voluntary Dismissal with Prejudice. The Plaintiffs are pleased to inform this Court that payment for the settlement was made on Friday, April 29, 2016 and received by Plaintiffs' Counsel and disseminated to all Plaintiffs on Tuesday, May 3, 2016. Therefore, Plaintiffs request that this case be dismissed with prejudice.

Date: May 9, 2016

Respectfully submitted by:

**Stewart Wald & McCulley LLC**

By  */s/ Thomas S. Stewart*
Thomas S. Stewart
Elizabeth Gepford McCulley
2100 Central, Suite 22
Kansas City, MO 64108
Telephone:  (816) 303-1500
Facsimile:  (816) 527-8068
stewart@swm.legal
mcculley@swm.legal

Steven M. Wald
Michael J. Smith
12747 Olive Boulevard, Suite 280
St. Louis, MO 63141
Telephone:  (314) 720-0220

1

Facsimile: (314) 899-2925
wald@swm.legal
smith@swm.legal
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 9th day May, 2016, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this same day, to:

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
E-mail: bruce.trauben@usdoj.gov
**ATTORNEY FOR DEFENDANT**

　　　　　　　　　　　　　　　　　　　　*/s/ Thomas S. Stewart*
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFFS